UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

BRIAN KEITH WOODBY, )
)
    *Plaintiff*, )
) Case No. 1:07-cv-68
v. ) Judge Mattice
)
BRADLEY COUNTY, TENNESSEE, )
*et al.*, )
)
    *Defendants*. )

## **JUDGMENT**

This case came before the Court on the Motion to Dismiss by Defendant Bradley County, Tennessee, Sheriff Dan Gilley, and Michael Cooper. The Honorable Harry S. Mattice, Jr., United States District Judge, having rendered a decision on the Defendants' motion,

    It is **ORDERED and ADJUDGED:**

        that the plaintiff Brian Keith Woodby, take nothing, that the action be **DISMISSED WITHOUT PREJUDICE**.

    Dated at *Chattanooga, Tennessee*, this 16th day of December, 2008.

                            /s/ Patricia L. McNutt
                            PATRICIA L. McNUTT
                            CLERK OF COURT